# Third District Court of Appeal

**State of Florida**

Opinion filed March 4, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2859
Lower Tribunal Nos. 11-19071 & 12-19375

_____

**Shayon Hugger,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Stacy D. Glick, Judge.

Shayon Hugger, in proper person.

Pamela Jo Bondi, Attorney General, and Jacob Addicott, Assistant Attorney General, for appellee.

Before SHEPHERD, C.J., and FERNANDEZ and LOGUE, JJ.

LOGUE, J.

Shayon Hugger appeals an order summarily denying his motion for correction of jail credit under Florida Rule of Criminal Procedure 3.801. "The award of jail time credit is mandatory under section 921.161, Florida Statutes, unless the record clearly shows that the defendant waived his or her entitlement to such credit." Briggs v. State, 929 So. 2d 1151, 1153 (Fla. 5th DCA 2006). In this case, the trial court failed to attach portions of the record which show that Hugger waived his entitlement to jail credit. As the State concedes, the trial court erred. See Langdon v. State, 947 So. 2d 460 (Fla. 3d DCA 2007) ("On appeal from a summary denial, this court must reverse unless the postconviction record shows conclusively that the appellant is entitled to no relief") (internal citation omitted); Hagans v. State, 114 So. 3d 418, 419 (Fla. 5th DCA 2013) ("Although [the defendant] could have waived both his credit for time served in prison on the original sentence and his credit for time served before sentencing as part of his negotiated plea agreement, such waiver must be clearly shown on the record and cannot be presumed.").

We reverse and remand with instructions to attach portions of the record which show that Hugger waived his entitlement to jail credit; alternatively, if Hugger did not waive his right to credit for time served, then he is entitled to relief. Id. at 419.

Reversed and remanded with instructions.